U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 1 2 2016

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 2:16CR00238 |
| | * | 21 U.S.C. § 841(a)(1) |
| | * | 18 U.S.C. § 924(c)(1)(A) |
| | * | 18 U.S.C. § 922(g)(1) |
| VERSUS | * | |
| | * | |
| | * | |
| KEVIN ARDOIN | * | JUDGE Minaldi |
| | * | MAGISTRATE JUDGE Kay |

## INDICTMENT

THE GRAND JURY CHARGES:

**COUNT 1**
Possession with Intent
To Distribute Cocaine
[21 U.S.C. § 841(a)(1)]

On or about June 22, 2016, in the Western District of Louisiana, the defendant, KEVIN ARDOIN, did knowingly and intentionally possess some amount of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)].

## COUNT 2
Possession of a Firearm in
Furtherance of a Drug Trafficking Crime
[18 U.S.C. § 924(c)(1)(A)]

On or about June 22, 2016, in the Western District of Louisiana, the defendant, KEVIN ARDOIN, did knowingly possess firearms, to wit: one Smith and Wesson .38 caliber pistol, one Taurus .410 bore pistol, one Masterpiece Arms .45 caliber pistol, and one Taurus .40 caliber pistol, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Possession with Intent to Distribute Cocaine in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 18, United States Code, Section 924(c)(1)(A). [18 U.S.C. § 924(c)(1)(A)].

## COUNT 3
Possession of Firearm
By a Convicted Felon
[18 U.S.C. § 922(g)(1)]

On or about June 22, 2016, in the Western District of Louisiana, the defendant, KEVIN ARDOIN, having previously been convicted of a crime punishable by imprisonment for a term exceeding one (1) year, did knowingly possess firearms and ammunition, namely:

1) One Smith and Wesson .38 caliber pistol;

2) One Taurus .410 bore pistol;

3) One Masterpiece Arms .45 caliber pistol;

4) One Taurus .40 caliber pistol; and

5) Assorted rounds of ammunition,

each of which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).   [18 U.S.C. §§ 922(g)(1)].

## Forfeiture Allegations
[21 U.S.C. § 853, 18 U.S.C. § 924(d)(1)]

A.   The allegations of Count 1 through 3 of this Indictment are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c). [21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28 U.S.C. § 2461(c)].

B.   Upon conviction of the controlled substance offense alleged in Count 1 of this Indictment, the defendant, KEVIN ARDOIN, shall forfeit to the United States pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

1)   One Smith and Wesson .38 caliber pistol;

2)   One Taurus .410 bore pistol;

3)   One Masterpiece Arms .45 caliber pistol;

4)   One Taurus .40 caliber pistol; and

5)   Assorted rounds of ammunition.

C.  Upon conviction of one or more violations described in Counts 2 and 3 of this Indictment, the defendant, KEVIN ARDOIN, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the following firearms and ammunition seized and used in or involved in the aforesaid offenses:

1) One Smith and Wesson .38 caliber pistol;

2) One Taurus .410 bore pistol;

3) One Masterpiece Arms .45 caliber pistol;

4) One Taurus .40 caliber pistol; and

5) Assorted rounds of ammunition.

D.  If any of the property described in Paragraphs "B" and "C" above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

All in violation of Title 21, United States Code, Section 853, Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d)(1). [21 U.S.C. § 853, 18 U.S.C. § 924(d)(1), and 28, U.S.C. § 2461(c)].

A TRUE BILL:

███████████████████████
FOREPERSON: FEDERAL GRAND JURY

STEPHANIE A. FINLEY
United States Attorney

By: _____
DAVID C. JOSEPH, Bar ID 28634
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, Louisiana 70501
Telephone: (337) 262-6360